

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2020

No. 04-19-00883-CR

Gabrielle **DE ARROYO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5788
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant's brief was due on March 5, 2020. To date, Appellant has not filed the brief or a motion for extension of time to file the brief.

We ORDER Appellant's counsel Kimbel Ward-Neal to file either a motion to dismiss or the brief within TEN DAYS of the date of this order.

If no brief or motion is filed by that date, we will abate this appeal to the trial court for an abandonment hearing **without further notice**. *See* TEX. R. APP. P. 38.8(b)(2).

Appellant's counsel is cautioned that, to protect Appellant's rights, this court may initiate proceedings under Rule 38. *See id.* R. 38.8(b)(4).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of March, 2020.



MICHAEL A. CRUZ,
Clerk of Court